IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BMO HARRIS BANK N.A., | |
|---|---|
| Plaintiff, | 8:19CV28 |
| vs. | ORDER TO SHOW CAUSE |
| L & O TRUCKING, LLC, | |
| Defaulted Defendant. | |

Pursuant to the Court's Memorandum and Order dated April 10, 2019, ([Filing No. 8](#)), Plaintiff filed an Amended Complaint ([Filing No. 9](#)) against Defendant L & O Trucking, LLC on April 24, 2019. The defendant did not file a responsive pleading and the Clerk entered default against the defendant on June 6, 2019. A copy of the order was mailed to Defendant's address of record on the same date. ([Filing No. 12](#)). Since that date, Plaintiff has taken no action to further progress this case. Accordingly,

**IT IS ORDERED** that Plaintiff is given until **August 7, 2019**, to show cause why this case should not be dismissed for want of prosecution, in the absence of which Plaintiff's claims against Defendant may be dismissed, and a judgment of dismissal may be entered without further notice.

Dated this 24th day of July, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge